# M.L. ZAGER, P.C.

| | |
|---|---|
| 461 Broadway - P.O. Box 948 | JACOB R. BILLIG, ESQ. (NY) |
| Monticello, New York 12701 | ROBERT B. HUNTER, ESQ. (NY) |
| (845) 794-3660; (845) 794-3919 (fax) | JOSEPH LOUGHLIN, ESQ. (NY) |
| New York City License #2046281-DCA | MICHAEL D. BAER, ESQ. (NY, NJ) |
| | MICHAEL L. ZAGER, ESQ. (RETIRED) |

**MEMO ENDORSED**

April 4, 2022

Hon. Kenneth M. Karas
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re: G & G Closed Circuit Events, LLC v. Martinez Mejia et al
        Our File # 2415609
        Case #  7:21-cv-07665-KMK
        Conference Date: April 6, 2022 at 10:00 AM

Dear Judge Karas:

Our firm is counsel to the Plaintiff, G & G Closed Circuit Events, LLC in the above captioned action.

A Teleconference is scheduled before Your Honor on April 6, 2022 at 10:00 AM. This letter is to request a short adjournment of the teleconference as the undersigned is not available.

Respectfully submitted.

Denied as untimely.

So Ordered.

*[signature]*
4/4/22

Very truly yours,
M.L. ZAGER, P.C.

*[signature]*

Joseph P. Loughlin

JL/jm
cc:  Gabriel Martinez Mejia
   169 Fullerton Avenue
   Newburgh NY 12550 and upon

   Reyes Pizzeria & Mexican Grill, Inc.
   372 Broadway
   Newburgh NY 12550