UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
G & G Closed Circuit Events, LLC,                    DEFAULT JUDGMENT (proposed)

                Plaintiff,
  - against -                                         Case No.: 7:21-cv-07665-KMK

Gabriel Martinez Mejia, individually and d/b/a
Reyes Pizzeria & Mexican Grill; and Reyes
Pizzeria & Mexican Grill, Inc., an unknown
business entity d/b/a Reyes Pizzeria & Mexican Grill

                Defendant.
-----------------------------------------------------------------X

      This action having been commenced on September 14, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was served on defendant Gabriel Martinez Mejia, individually and d/b/a Reyes Pizzeria & Mexican Grill by affixing the aforementioned documents to the door of Gabriel Martinez Mejia, individually and d/b/a Reyes Pizzeria & Mexican Grill's said residence on October 7, 2021. Deponent made prior efforts to effect personal service upon Gabriel Martinez Mejia, individually and d/b/a Reyes Pizzeria & Mexican Grill at the aforementioned address to wit: 169 Fullerton Avenue, Newburgh NY 12550 on 9/30/2021 at 3:22pm, 10/1/2021 at 7:25am, 10/2/2021 at 1:00pm, 10/4/2021 at 8:05pm, 10/7/2021 at 11:18am and proof of service was therefore filed on 10/15/2021, Doc. # 8. A copy of the summons and complaint was served 9/24/2021 on defendant Reyes Pizzeria & Mexican Grill, Inc., an unknown business entity d/b/a Reyes Pizzeria & Mexican Grill. Service was accepted by Nancy Dougherty, Business Document Specialist, NYS Sec. Of State. Reyes Pizzeria & Mexican Grill, Inc. and proof of service was therefore filed on 10/12/2021, Doc. #7 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $ 25,200 with interest at 9 % from 4/6/22 plus costs and disbursements of this action in the amount of $1,255.95 amounting in all to $ 26,455.95

Dated: New York, New York
4/6/22

HON. KENNETH M. KARAS U.S.D.J.

This document was entered on the docket on _____.